UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 11, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG MASON,<br><br>Defendant. | Case No. 2:15-mj-00226-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CRAIG MASON ,

Case No. 2:15-mj-00226-CKD from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $ 25,000, co-signed by Laray Chambers

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Pretrial Services conditions.

Issued at Sacramento, California on December 11, 2015 at 2:15 pm

By: _____

Magistrate Judge Carolyn K. Delaney