PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>              v.<br><br>CRAIG MASON,<br><br>                      Defendant. | CASE NO.  2:16-CR-00002-KJM<br><br>STIPULATION AND PROTECTIVE ORDER REGARDING DISCOVERY |

## I.   INTRODUCTION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin L. Lee, Assistant United States Attorney, attorney for Plaintiff, and Kelly Babineau, attorney for Craig Mason, that the Court should approve the proposed protective order governing discovery.  The proposed protective order relates to the protection of identifying information contained within Bates numbered discovery Mason_00480 through Mason_06879.  This discovery includes correspondence between the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and third parties not involved in this criminal case.  Defense counsel may need such

1

1  protected information to assist in her investigation related to this

2  case.  The parties agree that the ability for defense counsel to

3  advise her client adequately will be enhanced by the approval of this

4  protective order.

5                   II.   <u>PROTECTED IDENTIFYING INFORMATION</u>

6       1.   Portions of the discovery in this case contain personal

7  information of unrelated third parties including, addresses,

8  birthdates, social security numbers, and telephone numbers

9  (hereinafter "Protected Information").

10       2. In the absence of a protective order, redactions would be

11  necessary to avoid the unauthorized disclosure or dissemination of

12  Protected Information to individuals not party to the court

13  proceedings in this matter.

14       3. By this stipulation, the parties jointly request that the

15  Court issue a protective order pursuant to Rule 16(d) of the Federal

16  Rules of Criminal Procedure and its general supervisory authority.

17       4.   The Protective Order applies to all discovery containing

18  Protected Information.  Discovery that does not contain Protected

19  Information is not subject to the Protective Order.

20       5.   Defense Counsel, defense counsel staff, defense experts, and

21  investigators: Discovery containing Protected Information may be

22  shared, copied and viewed by members of the defense team listed above

23  as necessary for the preparation of the defense in this case.

24  Discovery containing Protected Information shall not be disseminated

25  to any other person except by further order of the Court.  The terms

26  "staff" and "investigator" shall not be construed to describe any

27  defendant or other person not: (1) regularly employed by counsel, or

28  (2) licensed as an investigator, or (3) retained as an expert.

1    6.   Defendant:   The defendant may review items containing

2 unredacted Protected Information in the presence of defense counsel,

3 defense counsel staff, and investigator.   Those persons who have

4 access to unredacted Protected Information shall not give a copy of

5 the unredacted Protected Information to the defendant without further

6 order of the Court.

7    7.   Others:   The defendant, defense counsel, defense counsel's

8 staff, expert, and investigator shall not: (a) give documents that

9 contain Protected Information (or copies of such documents) to any

10 person, or (b) otherwise transmit Protected Information to any

11 person.   Copies of documents in which all Protected Information has

12 been redacted may be given to other parties without further order of

13 the Court.

14    8.   Court Filings: Parties will redact Protected Information

15 from any Court filings and refrain from otherwise placing Protected

16 Information in the public record.   If necessary to file Protected

17 Information in Court filings, parties will either redact Protected

18 Information from public filings or seek leave of the Court to file

19 materials containing that information under seal, if redaction would

20 frustrate the purposes of making the filing.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1      9. Nothing in this stipulation will be construed to prevent

2  defense counsel, counsel's staff, or investigator a reasonable

3  opportunity to prepare.

4

5                                    Respectfully submitted,

6  Dated: May 4, 2016              /s/ Justin L. Lee
                                   JUSTIN L. LEE
7                                  Assistant U.S. Attorney

8

9  Dated: May 4, 2016              /s/ Kelly Babineau
                                   KELLY BABINEAU
10                                 Attorney for Craig Mason

11

12                              **ORDER**

13

14     1.  It is ordered that the parties comply with the protective

15 measures outlined in Section II of their stipulation regarding

16 Protected Information.

17     2.  If any disputes regarding the above or problems implementing

18 this order shall be brought to the attention of the court through

19 representative counsel after first consulting opposing counsel.

20

21 IT IS SO ORDERED.

22

23 Dated:  May 10, 2016

24                          _____
                            KENDALL J. NEWMAN
25                          UNITED STATES MAGISTRATE JUDGE

26

27

28

4