LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
CRAIG MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-002 KJM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| CRAIG MASON, | |
| Defendant. | |
| | Date:   October 12, 2016<br>Time:    9:00 a.m.<br>Court:   Hon. Kimberly J. Mueller |

     The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee and Defendant Craig Mason by and through his attorney Todd D. Leras, request that the Court vacate a motion briefing schedule previously set in this matter and deem the motion hearing date, scheduled for October 12, 2016, as a status conference.

ORDER VACATING BRIEFING
SCHEDULE AND DESIGNATING
MOTION HEARING DATE TO
BE A STATUS CONFERENCE

The Court recently granted a motion allowing Attorney Todd D. Leras to substitute into this case as appointed counsel for Mr. Mason. Prior counsel had, along with the assigned prosecutor, set a briefing schedule and a motion hearing date for October 12, 2016. The briefing schedule and motion hearing dates were set before prior counsel discovered a conflict requiring her to withdraw from representing Mr. Mason.

Replacement defense counsel is reviewing the materials previously provided to the defense as discovery in this matter as well as defense investigation and legal research materials provided to him by predecessor counsel. Replacement counsel needs to perform additional legal research and investigation before filing any pre-trial motions in this matter. The defense is therefore requesting to vacate the briefing schedule and to convert the October 12 motion hearing date into a status conference. The government does not oppose these requests.

For the reasons stated in the preceding paragraph, the parties are requesting to vacate the previously-set briefing schedule and designate the motion hearing date as a status conference. They also confirm that a previously-requested exclusion of time, up to and including October 12, 2016, is appropriate based on the need for reasonable defense preparation time. In light of the defense's incomplete legal research and investigation of this matter, the parties agree that the time exclusion appropriately applies to the period up to and including October 12, 2016.

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

ORDER VACATING BRIEFING
SCHEDULE AND DESIGNATING
MOTION HEARING DATE TO
BE A STATUS CONFERENCE

1  DATED: September 2, 2016

2                                                          By   /s/ Todd D. Leras for
                                                                JUSTIN LEE
3                                                               Assistant United States Attorney

4  DATED: September 2, 2016                                By   /s/ Todd D. Leras
                                                                TODD D. LERAS
5                                                               Attorney for Defendant
                                                                CRAIG MASON
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  ORDER VACATING BRIEFING
    SCHEDULE AND DESIGNATING
    MOTION HEARING DATE TO
28  BE A STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the motion briefing schedule set by previous order of this Court is vacated. The motion hearing date, set for October 12, 2106, is converted into a status conference. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the request outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period up to and including October 12, 2016.

DATED:  September  9, 2016

_____
UNITED STATES DISTRICT JUDGE

ORDER VACATING BRIEFING SCHEDULE AND DESIGNATING MOTION HEARING DATE TO BE A STATUS CONFERENCE