McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
CAMERON L. DESMOND
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:16-cr-00002-KJM |
|---|---|---|
| Plaintiff, | ) ) ) | **UNITED STATES' EXHIBIT LIST** |
| v. | ) ) ) | DATE:  March 12, 2019 TIME:    9:00 a.m. |
| CRAIG MASON, | ) ) | JUDGE: Hon. Kimberly J. Mueller |
| Defendant. | ) ) ) | |

The United States submits the following tentative list of exhibits to be used in its case-in-chief at the trial. The United States reserves the right to add exhibits before or during the course of the trial.

| Ex. No. | Item Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| | 24 seized firearms | | | |
| | Box of seized 80% blanks | | | |
| | Box of seized high capacity magazines | | | |
| | Blue Chase bank bag | | | |
| | "House" envelope | | | |
| | "Guns" envelope | | | |
| | "Ammo" envelope | | | |

| Ex. No. | Item Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
|  | Yellow sheet with payments owed and names |  |  |  |
|  | Law enforcement info envelope |  |  |  |
|  | Flowchart |  |  |  |
|  | Sac PD Assault Rifle Bulletin |  |  |  |
|  | Advertisement for Masons' milling services |  |  |  |
|  | Indicia: Kyle Krawczyk |  |  |  |
|  | Indicia: Mason |  |  |  |
|  | CalGuns print out on "homebuilt AK" |  |  |  |
|  | TDS Guns paperwork |  |  |  |
|  | Rifle Gear receipts |  |  |  |
|  | Tactical Machining LLC Bill |  |  |  |
|  | DEA Drug Report | MASON_00002 |  |  |
|  | April 25, 2013 video by ATF CI at Craig Mason's residence | MASON_00052 |  |  |
|  | April 25, 2013 video by ATF CI at Craig Mason's residence | MASON_00053 |  |  |
|  | April 25, 2013 audio by ATF CI at Craig Mason's residence | MASON_00054 |  |  |
|  | April 29, 2013 video by ATF CI at LCG AR-15 Parts | MASON_00055 |  |  |
|  | April 29, 2013 video by ATF CI at LCG AR-15 Parts | MASON_00056 |  |  |
|  | April 29, 2013 video by ATF Special Agent Erik Crowder | MASON_00472 |  |  |
|  | May 2013 calls from ATF CI to Craig Mason | MASON_00058 |  |  |

| Ex. No. | Item Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
|  | October 9, 2013 audio-recorded interview of Craig Mason by ATF Special Agent Sara Lewis | MASON_00035 (report) |  |  |
|  | Cellphone forensic report |  |  |  |
|  | FFL records |  |  |  |
|  | Photos: Mason workshop | MASON_00112-116 |  |  |
|  | Photo: Mason workshop | MASON_00120 |  |  |
|  | Photo: Mason workshop | MASON_00123 |  |  |
|  | Photo: Drill bits | MASON_00128 |  |  |
|  | Photo: Gun stickers | MASON_00130 |  |  |
|  | Photo: Mason workshop and shell casing | MASON_00131 |  |  |
|  | Photo: Mason workshop | MASON_00132 |  |  |
|  | Photo: Mason workshop | MASON_00133 |  |  |
|  | Photo: Firearms safe | MASON_00135 |  |  |
|  | Photo: Firearm parts | MASON_00136 |  |  |
|  | Photo: Firearm parts | MASON_00140 |  |  |
|  | Photo: Ammunition – on top of safe | MASON_00147 |  |  |
|  | Photo: Ammunition – next to safe | MASON_00149 |  |  |
|  | Photo: Defense Industries packages | MASON_00151 |  |  |
|  | Photo: Mason workshop | MASON_00157 |  |  |
|  | Photo: Bullet buttons | MASON_00159 |  |  |
|  | Photo: Outside of workshop | MASON_00168 |  |  |
|  | Photo: Table with pay-owe sheets; gun parts; jig | MASON_00169 |  |  |

| E<small>X</small>. N<small>O</small>. | I<small>TEM</small> D<small>ESCRIPTION</small> | B<small>ATES</small> N<small>O</small>. | O<small>FFERED</small> | A<small>DMITTED</small> |
|---|---|---|---|---|
| | Photo: Table with gun parts and Mason indicia | MASON_00170 | | |
| | Photo: Finder's summary (documents seized) | MASON_00172-73 | | |
| | Photo: Inside firearms safe | MASON_00188-90 | | |
| | Photo: Blue bank bag | MASON_00195 | | |
| | Photo: Firearms and knives | MASON_00196 | | |
| | Photo: Box of lower receivers | MASON_00198 | | |
| | Photo: "Law enforcement" envelope next to jig | MASON_00201 | | |
| | Photo: Jigs | MASON_00207 | | |
| | Photo: Calguns printout | MASON_00210 | | |
| | Photo: Money in designated envelopes | MASON_00214 | | |
| | Photo: Blue bank bag in safe | MASON_00215 | | |
| | Photo: Firearm parts | MASON_00219 | | |
| | Photo: Firearm parts | MASON_00220 | | |
| | Photo: Firearm parts | MASON_00221 | | |
| | Photo: Broad view of warehouse | MASON_00222 | | |
| | Photo: Drill press and vacuum | MASON_00226 | | |
| | Photo: Shipping materials | MASON_00242 | | |
| | Photo: Firearms at house | MASON_00257 | | |
| | Photo: Marijuana in garage | MASON_00260 | | |
| | Photo: Marijuana in garage; boxes of ammunition; processing materials | MASON_00261 | | |
| | Photo: Outdoor marijuana grow | MASON_00263 | | |

| Ex. No. | Item Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
|  | Photo: Outdoor marijuana grow | MASON_00267 |  |  |
|  | Photo: Outdoor marijuana grow | MASON_00270 |  |  |
|  | Photo: Outdoor marijuana grow | MASON_00272 |  |  |
|  | Photo: Medical "recommendation" for 99 plants | MASON_00295 |  |  |
|  | Photo: Bags of processed marijuana | MASON_00297 |  |  |
|  | Photo: Scales and trimming materials | MASON_00298 |  |  |
|  | Photo: Defense Industries business cards | MASON_00301-03 |  |  |
|  | Photo: Outside of Mason's house | MASON_00307 |  |  |
|  | Photo: Bedroom with gun holder | MASON_00324 |  |  |
|  | Photo: Entrance gate | MASON_00344 |  |  |
|  | Photo: Outside of house | MASON_00348 |  |  |
|  | Photo: Backyard of house | MASON_00355 |  |  |
|  | Photo: Marijuana in garage | MASON_00381 |  |  |
|  | Photo: Driver's license on night stand by gun | MASON_00396 |  |  |
|  | Photo: Mason | MASON_00415 |  |  |
|  | Photo: cooler with processed marijuana | MASON_00430 |  |  |
|  | Photo: Mason indicia | MASON_00462 |  |  |

The United States reserves the right to decide not to present all of the exhibits listed above and/or to present additional evidence.

DATED: March 4, 2019                McGREGOR W. SCOTT
                                    United States Attorney

|   |   |
|---|---|
| By: | /s/     CAMERON L. DESMOND |
|   | CAMERON L. DESMOND |
|   | JUSTIN L. LEE |
|   | Assistant U.S. Attorneys |