LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
CRAIG MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>CRAIG MASON,<br><br>         Defendant. | Case No.: 2:16-cr-002 KJM<br><br>DEFENDANT'S EXHIBIT LIST<br><br>Trial Date: March 12, 2019<br>Judge: Hon. Kimberly J. Mueller |

     Craig Mason, by and through undersigned counsel, hereby submits the following list of anticipated defense exhibits:

DEFENDANT'S EXHIBIT LIST

| Exhibit Identification | Description | Date Offered | Date Admitted |
|---|---|---|---|
| A | Photographs (1-15) of Fast 50s motorcycle shop and equipment in workshop | | |
| B | Photographs of Garage (1-8) following execution of search warrant in October 2013 | | |
| C | ATF Rul. 2010-10 | | |
| D | Photographs (1-12) of Unfinished AR-15 Lower Receivers and Parts | | |
| E | ATF Technical Bulletin 2014-1 | | |
| F | ATF Rul. 2015-1 | | |
| G | Excerpts of Video of Confidential Informant and Craig Mason on April 25, 2013 | | |
| | | | |

DEFENDANT'S EXHIBIT LIST

Defendant requests permission to amend and supplement this list during the trial.

Respectfully submitted,

      /s/ Todd D. Leras

DATED:  March 4, 2019

TODD D. LERAS
Attorney for Defendant
CRAIG MASON

DEFENDANT'S EXHIBIT LIST