McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
CAMERON L. DESMOND
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CRAIG MASON,

        Defendant.

2:16-CR-00002-KJM

PRELIMINARY ORDER OF FORFEITURE

Based upon the plea agreement entered into between plaintiff United States of America and defendant Craig Mason, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Craig Mason's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Winchester 59 Shotgun Cal: 12  SN: 5718 (14-ATF-000829),
    b. Beretta USA Corp. 21A Pistol Cal: 22 SN: BAS13749U (14-ATF-001073),
    c. Colt unknown Pistol Cal: unknown SN: 263212 (14-ATF-001074),
    d. Colt unknown Pistol Cal: unknown SN: 316700 (14-ATF-001075)
    e. Unknown Rifle Receiver/Frame Cal: unknown SN: 1990CS4088 (14-ATF-001077),
    f. Unknown Manufacturer unknown Rifle Cal: unknown 1986S (14-ATF-001078),
    g. Unknown Rifle Cal: unknown SN: 1986S-BS3696 (14-ATF-001079),
    h. Unknown Pistol Cal: unknown SN: 126 (14-ATF-001080),
    i. 1,100 rounds of assorted ammunition Cal: unknown (14-ATF-001081),
    j. Double Star Corp. Star 15 Rifle Cal: 223 SN: DSCG2958 (14-ATF-001083),

1

| | |
|---|---|
| k. | Ruger 10/22 Rifle Cal: 22 SN: 35295083 (14-ATF-001084), |
| l. | Remington Arms Company, Inc. 700 Rifle Cal: 30-06 SN: A6719216 (14-ATF-001085), |
| m. | Keltec, CNC Industries, Inc. SU-16 Rifle Cal: 223 SN: N4P86 (14-ATF-001086), |
| n. | Ruger 10/22 Rifle Cal: 22 SN: 126-09600 (14-ATF-001087), |
| o. | Ruger Mini 14 Rifle Cal: 223 SN: 186-38947 (14-ATF-001088), |
| p. | Unknown Rifle Cal: unknown SN: BYF 9404 (14-ATF-001089), |
| q. | 4,617 rounds of assorted ammunition, Cal: unknown (14-ATF-001090), |
| r. | 8,016 rounds of unknown ammunition Cal: unknown (14-ATF-001091), |
| s. | 1,767 rounds of assorted ammunition Cal: unknown (14-ATF-001092), |
| t. | 1,033 rounds of assorted ammunition Cal: unknown (14-ATF-001093), |
| u. | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001101), |
| v. | Unknown Pistol Cal: unknown SN: unknown (14-ATF-001102), |
| w. | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001103), |
| x. | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001104), |
| y. | Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-001105), |
| z. | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001106), |
| aa. | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001107), |
| bb. | Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-001108), |
| cc. | Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-001109), |
| dd. | Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-001110), |
| ee. | Springfield Armory, Geneseo, IL. Micro Compact Pistol Cal: 4 (14-ATF-001938), |
| ff. | 500 Rounds of ammunition Cal: .308 |
| gg. | 38 Magpul 30 round magazines, |
| ii. | 18 various firearm magazines, |
| jj. | 28 AR15 style unfinished receiver blanks, |
| kk. | 11 AR308 style unfinished receiver blanks, |
| ll. | Box of Glock parts with slide, barrel and other components, |
| mm. | 1 lower receiver, |
| nn. | 1 "Cast" lower, |
| oo. | 1 damaged unfinished .223 receiver blank, |
| pp. | 4 complete lower receivers with stocks and LPKS , |
| qq. | 10,000-12,000 rounds of ammunition Cal: .22 LR, |
| rr. | 2,000 rounds of ammunition Cal: .40, |
| ss. | 15,000 rounds of ammunition Cal: 5.56/.223, |
| tt. | 3,000 rounds of ammunition Cal: 7.62x39, |
| uu. | 2,000 rounds of ammunition Cal: 5.45x39, |
| vv. | 1,000 rounds of ammunition Cal: .308, |
| ww. | 500 rounds of ammunition Cal: 8mm Mauser, |
| xx. | 100 rounds of ammunition Cal: .303 British, |
| yy. | 1,500 rounds of ammunition Cal: 30-06, |
| zz. | 500 rounds of ammunition Cal: 9mm, |
| aaa. | 20 rounds of ammunition Cal: .45ACP, |
| bbb. | 50 rounds of ammunition Cal: .25, |
| ccc. | 100 rounds of ammunition Cal: .357 Magnum, and |
| ddd. | Smith & Wesson unknown Pistol Cal: 38 SN: AWC3587 (14-ATF-001940). |

2. The above-listed firearms and ammunition were involved in or used in the knowing or willful commission of 18 U.S.C. § 922(a)(1)(A).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of

Alcohol, Tobacco, Firearms, and Explosives, in its secure custody and control.

  4. a. Pursuant to 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

  SO ORDERED this 17th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE