U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Luis CORTEZ-GARCIA and Associates | 786035-13-0030 | 17 |

**SUMMARY OF EVENT:**
On May 8, 2013, May 9, 2013, and May 21, 2013, Confidential Informant 524 made recorded calls in an attempt to contact Craig MASON.

**NARRATIVE:**
1. On May 8, 2013, Special Agent (SA) Jerry Donn met with Confidential Informant (CI) 524 and directed the CI to contact Craig MASON via cell phone at ▮▮▮▮▮▮▮▮. The CI did so at approximately 6:08 p.m. and reached a voicemail greeting (presumably recorded by MASON) thanking the CI for contacting "defenseindustries.us" and requesting the CI to leave a message; the CI did not leave a message.

2. At approximately 6:26 p.m., the CI called MASON via cell phone again (as directed by SA Donn) at the same contact number and the call was answered by a female, who eventually identified herself to be Lynn LNU. When the CI asked to speak to MASON, Lynn LNU advised the CI that she had MASON's cell phone but was not with him and asked the CI if the CI wanted to leave a message. When the CI advised Lynn LNU that the CI wanted to meet with MASON to conduct business, she replied that she would advise him of that. The CI then continued that the CI wanted to set an appointment for early Friday (May 10, 2013) to go to MASON's machine-shop. Lynn LNU responded that the schedule was filled for the remaining days of the current week and for most of the following week. She advised the CI that she would check the schedule later to determine if there was an opening to accommodate the CI.

3. On May 9, 2013, SA Donn met with the CI and directed the CI to contact MASON via cell phone at ▮▮▮▮▮▮▮▮. The CI did so at approximately 1:40 p.m. and reached the same voicemail greeting that answered the CI's May 8, 2013 call. This time the CI left a message requesting MASON to call the CI.

4. At approximately 4:23 p.m., the CI called MASON via cell phone again (as directed by SA Donn) at the same contact number. The call was answered by a voicemail greeting (presumably recorded by MASON) advising the CI that the CI contacted "Craig's voicemail" and to leave a message; the CI did not leave a message.

5. On May 21, 2013, SAs Donn and Daniel Yun met with the CI and directed the CI to contact MASON via cell phone at ▮▮▮▮▮▮▮▮. The CI did so at approximately 5:20 p.m. and reached the same voicemail greeting that answered the CI's second call on May 9, 2013. The CI left a message requesting MASON to call the CI.

| Prepared by: Jerry C. Donn | Title: Special Agent, Sacramento I Field Office | Signature: | Date: 05/24/13 |
|---|---|---|---|
| Authorized by: Russell G. BARLOWE JR | Title: Resident Agent in Charge, Sacramento I Field Office | Signature: | Date: 6/1/13 |
| Second level reviewer (optional): Joseph M. Riehl | Title: Special Agent in Charge, San Francisco Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

MASON_00022

| Title of Investigation: Luis CORTEZ-GARCIA and Associates | Investigation Number: 785058-13-0030 | Report Number: 17 |

Case 2:16-cr-00002-KJM   Document 106-2   Filed 09/17/19   Page 2 of 2

6. For complete details regarding all of the calls documented in this Report of Investigation, refer to Electronic Surveillance Item E-022.

**EVIDENCE:**
Electronic Surveillance Item **E-022** – Audio Recordings of May 8, 2013, May 9, 2013, and May 21, 2013 Calls to Craig MASON