# Butcher, Scoville & Associates

## Court Appointed Federal Defense Investigations

Licensed Private Investigations

455 Capitol Mall #802 Sacramento, Ca. 95814

Lic. PI13810

Butcherinv@aol.com

Phone (916) 837-6578                    Est. 1989
Fax #   (888)507-9113

Fred J Scoville, Owner

---

To:     Todd Leras

Re:     USA vs. Craig Mason

From:   Fred Scoville

Date:   05/22/2019

Phone interview with:

Jason Hauns

I spoke with this witness by phone on the above date. The following is what we discussed regarding Craig Mason and the above case, in summary:

Jason is a very close friend of Craig's and has known him since about 2008. He first met Craig around the motorcycle racing industry, in the road racing circuit. Jason was into building and working on the suspension of the bikes and he worked with Craig on his motorcycle. He said that Craig was very passionate and exuberant about motorcycles, and thinking about it, actually about everything in his life. Jason is a calmer person and the two of them meshed well together and became very good friends.

He told me that Craig was a very good racer and had the natural ability to ride both off road and on road bikes. He said it was rare to find someone with this ability, let alone someone who has the technological and inventive mind to work on and innovate the bikes.

Jason told me that Craig was a well respected racer and had many friends and sponsors throughout his career. Craig was at his best when he was meeting people after races and shows and he had a mind filled with specs and knowledge that everyone else needed to look up online

or in books. Craig was considered the inventor/innovator of the Mini 50 market. Craig built a very successful business from just an idea and worked incredibly hard to become successful. Jason said that he was so impressed with Craig that he was actually one of his sponsors.

Over the years they continued to ride motorcycles and would see each other outside the motorcycle industry. Jason visited with Craig at his home and spent time with Craig in his shop. He said that Craig had an impressive shop area and the ability to do virtually anything involving a motorcycle, especially the Mini 50's. Craig traveled around the Country and even into other parts of the world promoting his business. Craig was a successful racer, innovator, business person and salesman. He said that he watched Craig really shine when he was out promoting his product. Craig had such great passion, knowledge and ability that he was able to convince people all over the world to use his services.

Then the recession hit, things in the industry slowed down. Craig worked even harder and came up with new improvements and inventions in order to keep on top of his business. He managed to keep his business financially successful, although it was not as financially profitable as it had been. Prior to his arrest Craig was rebuilding things and on track to get back to a more profitable business. Then the arrest happened and sponsors left, friends abandoned him, people spread rumors about him and Craig's financial and personal life plummeted. The loss of reputation hit Craig very hard, as it was something he had worked incredibly hard to build and he was very proud of.

Craig still works incredibly long hours trying to keep his business going and to provide for his family. He told me that even after all of this, Craig is still thought of as the go to guy in the Mini 50's market. He has the unique skills, knowledge, equipment and abilities that keep him the go to guy. He said that what Craig really has that makes him so special and successful, is Craig. No one else Jason knows has these skills and abilities, combined with the unrivaled dedication and work ethic that could replace Craig, if he gets sent to Prison. He said that he believes that Craig and his family have suffered a lot since his arrest and are barely hanging on. He told me that if Craig gets incarcerated, that will be it and he believes they will lose their house and Craig's business. He said that seems too harsh a punishment for a family and for Craig, who have already suffered so much.

End of report.

I have read this report and it is true and correct.

Jason Hauns

# Butcher, Scoville & Associates

## Court Appointed Federal Defense Investigations

Licensed Private Investigations

455 Capitol Mall #802 Sacramento, Ca. 95814

Lic. PI13810

Butcherinv@aol.com

Phone (916) 837-6578  Est. 1989
Fax # (888)507-9113

Fred J Scoville, Owner

---

To: Todd Leras

Re: USA vs. Craig Mason

From: Fred Scoville

Date: 05/21/2019

Phone interview with:

Jonathan Mason

I spoke with this witness by phone on the above date. The following is what we discussed regarding Craig Mason and the above case, in summary:

Jonathan is 49 years old and the older brother of Craig Mason. He stated that they had a normal childhood and no real medical issues or unusual things happened to them. Craig was always very outgoing and on the go, whereas the witness is more introverted and shy.

Jonthan recalled that Craig got into riding BMX bicycles at a young age and then progressed to riding motorcycles. Craig was very good at riding and working on motorcycles, and won various awards and accolades over his career. Jonathan said he is proud of Craig and all that he has accomplished.

In about 1992 Craig came up with the idea of fabricating smaller motorcycles that adults could race, and started his business Fast50's. Craig worked long hours getting the business started, sometimes 16 hours a day or more. Craig built the business by racing the mini motorcycles and was able to obtain sponsors and then work on fabricating parts for these new style motorcycles.

Jonathan worked with Craig in the business for about 10 years, and stopped working there after Craig was arrested. He told me that Craig turned an idea into a thriving business, that at one point was making over a million dollars a year. When the recession hit, things slowed down a little, but Craig was constantly updating and innovating the industry and was able to keep the business running and making good money. This all stopped after his arrest. Jonathan stopped working there, people in the industry spread rumors about Craig and his arrest, sponsors and customers stopped dealing with Craig, and his life took a real nose dive.

Jonathan said that Craig is an idea guy and he is always coming up with new ideas for inventions, or ways to innovate his business. Somehow Craig has managed to keep the business going, although it is barely making enough money now to keep Craig and his family going. Craig still works long days in the shop, trying to rebuild his business and then finding time to work on his family relationships.

The witness has seen a real change in Craig since his arrest. Craig is not as happy or exuberant as he was prior to this arrest, and his smile is not as big as it was in the past. He said that both Craig and his fiancée and her daughter have suffered emotionally and financially since Craig was arrested. They were on the verge of losing both their home and Craig's business, and without all the hard work and dedication that Craig has put into his business and his relationships he would have lost everything by now.

Jonathan closed by telling me that as far as he knew Craig never used drugs and did not condone them. The subject has come up from time to time and Craig has always been adamant on his stance against drugs. He said that Craig has a plan in place to rebuild his life and his business, if he can just stay at home and keep working. If he gets sent to prison, the witness feels that Craig will not do well in confinement and his family will lose their house and Craig's business. He feels that Craig's fiancée and her daughter will suffer even more than they already have and they are innocent in all of this. He said that the family stands behind Craig and is willing to help in any way that they can. If the Judge asks anything of them that will help Craig be able to avoid Prison, they will gladly do it.

End of report.

I have read this report and it is true and correct.

*Jonathan Mason II*

# Butcher, Scoville & Associates

## Court Appointed Federal Defense Investigations

Licensed Private Investigations

455 Capitol Mall #802 Sacramento, Ca. 95814

Lic. PI13810

Butcherinv@aol.com

Phone (916) 837-6578          Est. 1989
Fax #   (888)507-9113

Fred J Scoville, Owner

---

To:     Todd Leras

Re:     USA vs. Craig Mason

From:   Fred Scoville

Date:   05/21/2019

Phone interview with:

Ray Groom

█████

I spoke with this witness by phone on the above date. The following is what we discussed regarding Craig Mason and the above case, in summary:

Ray has been a friend of Craig's for about 10-12 years. He knows Craig from the motorcycle lifestyle, and says he is loyal, honest, hard working and has an intense personality.

Ray is a youth minister and works with kids. He said that Craig is compassionate toward the children and tryies to get them into other hobbies, like motorcycles, because motorcycles kept Craig from getting into trouble in his life, up until now. He does not believe that Craig has used drugs or condones their use. The subject has come up from time to time in dealing with the youth's the witness ministers to, and Craig is always firm on his stance that drugs are bad and ruin people's life.

The witness has seen the hard work that Craig has put into his business pay off and watched Craig's business thrive. He worked with Craig in the business about 10 years ago, and described him as a very hard worker and a person who was inventive and always looking for new ideas, or ways to make his business better.

In addition to being a good friend and a hard worker, Craig is a very good partner to LaRay, and a caring, kind, loving father figure to her daughter, who lives with them now. He told me that Craig has tried to live a good life and thought he was doing things that were ok, but sadly that was not the case. Craig has grown as a person since his arrest and he understands more now, the value of his freedom, family time and the time to grow his business. Craig once traveled all over the United Stated and even into other parts of the world, entering races and expanding his business to new cultures, and finding new customers.

Craig has been forced to stop doing this because of his arrest and has lost a lot of customers and even his sponsors, because of the rumors that were spread about him around the industry after his arrest. Craig and his family have suffered emotionally and financially since his arrest and it seems to the witness like he has already been living his life like he is in a controlled or confined prison environment.

He stated that he has witnessed the emotional turmoil that Craig, LaRay and her daughter have suffered over this case and he feels that Craig deserves a second chance to fix his life, family relationships, his business and to repair his reputation. He is sure that if Craig can stay out of prison he can fix all these things and go on to bigger and better things in his life. Craig has a talent for coming up with and implementing ideas and that should be nourished and allowed to grow, not diminished and put into a cage like an animal.

Ray said that he knows Craig well and that he does not feel that Craig is a suitable person to be incarcerated and confined. As a minister he believes in second chances and forgiveness and hopes the Judge will see past the charges, and who the real Craig is, and allow him to remain home and save his family, home and business. Craig has done a lot of amazing things in his life and helped a lot of people and is truly an asset to his community, his family and his friends.

End of report.

I have reviewed this report and it is true and correct.

*Ray Groom* (signature)

Ray Groom

# Butcher, Scoville & Associates

## Court Appointed Federal Defense Investigations

Licensed Private Investigations

455 Capitol Mall #802 Sacramento, Ca. 95814

Lic. PI13810

Butcherinv@aol.com

Phone (916) 837-6578　　　　　　　Est. 1989
Fax #   (888)507-9113

Fred J Scoville, Owner

---

To:     Todd Leras

Re:     USA vs. Craig Mason

From:   Fred Scoville

Date:   05/22/2019

Phone interview with:

LaRay Chambers

I spoke with this witness by phone on the above date. The following is what we discussed regarding Craig Mason and the above case, in summary:

LaRay is the fiancée of Craig and has known him for 8 years. They have been together for about 7 years and she said that she feels lucky to have someone like Craig as her partner. She told me that Craig is funny, kind, caring and has an incredibly big heart. He is giving to others with his time and energy and always makes time for the witness and her daughter. In addition to this, Craig works very long days in his shop, trying to keep his business going and allowing them to keep their home and to survive.

She told me that Craig was kind of the inventor, or the innovator of the mini motorcycle. He founded his business, Fast50's in the early 1990's and he worked incredibly hard to expand the business over the years. At one point, it was a multi million dollar business and probably the largest of its kind. Craig employed his brother and various friends over the years and provided them with a good income and taught them how to work in the business. She told me that Craig's brother worked for them until the time Craig was arrested in this case.

LaRay told me that she met Craig riding motorcycles. At one point they were both riding road race motorcycles and then worked as instructors. Over the years they made a good name for themselves and obtained sponsors and were doing well. Then this case happened. After that their customers stopped using Craig, they lost their sponsors and their business dropped so much it was difficult for them to survive. They were/are right on the edge of losing their home and without Craig, his business will simply disappear. She told me that since Craig is basically the innovator in this field of mini motorcycles, no one else has his knowledge or can do what he does. Craig is one of the only people in the world capable of diagnosing and repairing issues on these mini motorcycles, by phone or the internet, and no one can replace him.

She continued, telling me that her Daughter loves Craig and looks up to him as a father figure. Craig balances out their relationship, as LaRay is the strict one and Craig is the fun one and somehow it works well for them and their family. She told me that she does not know how she and her daughter will survive without Craig and that they have all suffered so much, both emotionally and financially since his arrest, that adding more pain and suffering on top of this seems unbearable.

LaRay told me that she has seen a real change in Craig since his arrest. He is more sad and depressed and worries a lot. He tries to hide this from them, but at times they all get to a point where the whole situation feels like their world is crumbling in on them. She told me that Craig has a plan to rebuild his business and their relationships if he can just avoid being sent to Prison. She said that he has already been living like he is on home detention since his arrest and they are at the tipping point, where if one more bad thing happens to them, they will lose everything they have worked to hard to achieve.

LaRay was becoming a little emotional as we discussed this. I asked her what she felt would be an appropriate punishment for Craig that would not ruin their life. She thought about it and said it was hard to think about, let alone say out loud. She said that if she had to decide, she would pick ankle monitoring, probation and home confinement so Craig could keep running his business and they could keep their home. I asked her if there was any amount of time the Judge could sentence Craig to that they could survive. She thought about it and said that based on their current financial condition and the fact that no one else can run Craig's business, she and her daughter would not survive with anything left if he was gone more than 90 days. She said her Daughter needs Craig here to help and support her and that there is no one that can replace Craig in their lives. I thanked her for her honesty and time and ended the interview.

End of report.

I have read this report and it is true and correct.

*[signature]*

LaRay Chambers

# Butcher, Scoville & Associates

## Court Appointed Federal Defense Investigations

Licensed Private Investigations

455 Capitol Mall #802 Sacramento, Ca. 95814

Lic. PI13810

Butcherinv@aol.com

Phone (916) 837-6578          Est. 1989
Fax #   (888)507-9113

Fred J Scoville, Owner

---

To:     Todd Leras

Re:     USA vs. Craig Mason

From:   Fred Scoville

Date:   05/22/2019

Phone interview with:

Matt Bell

I spoke with this witness by phone on the above date. The following is what we discussed regarding Craig Mason and the above case, in summary:

Matt is 24 years old and has known Craig since he was about 10-11. Craig was a neighbor and the witness was home schooled. They talked about motorcycles and Craig saw that Matt needed something in his life that was missing. He taught Matt how to ride motorcycles and over the years they have become good friends.

Matt was always interested in working on mechanical things because his father did that kind of work. In 2013 Matt's father passed away and things were very hard for Matt. Craig saw the hurt and despair in Matt, and had him come into his shop and taught him how to work on the motorcycles and with the fabricated parts. Matt said that Craig was both a friend and mentor to him and did his best to try and be a father figure to him, when he had none.

Matt said that Craig has always been there for him and really helped him through his toughest times. They are both there for each other now, and he has seen the change in Craig since his arrest. He added that Craig does not like to talk much about himself or his problems, but Matt knows that Craig and his family have suffered greatly since his arrest. He knows they have/are

having financial problems and have trouble keeping their home and business. He said that Craig is a really good person, with a big heart, who is kind to everyone he meets. He said that although he does not know the specifics, he believes that if Craig gets sent away for any amount of time, his family will lose their home, and his business will simply evaporate.

Matt said that although he is a young man, he feels he has a lot more knowledge and experience than most people his age. He added that Craig took him under his wing and taught him how to do things and how to be mentally strong. Craig also told him about staying away from drugs and has always been very adamant about this with Matt. He said that Craig is someone who is on the go, working long hours, coming up with new ideas and inventions, and to lock him away in a cell seems it will do no good for anyone. Craig needs to be home, rebuilding his life and business, and his family certainly does not deserve to suffer any more than they already have.

End of report.

I have read this report and it is true and correct.

*[signature]*

Matt Bell

# Butcher, Scoville & Associates

## Court Appointed Federal Defense Investigations

Licensed Private Investigations

455 Capitol Mall #802 Sacramento, Ca. 95814

Lic. PI13810

Butcherinv@aol.com

Phone (916) 837-6578　　　　　　　　　Est. 1989
Fax # (888)507-9113

Fred J Scoville, Owner

---

To: Todd Leras

Re: USA vs. Craig Mason

From: Fred Scoville

Date: 05/22/2019

Phone interview with:

Phil Blurton

█████

I spoke with this witness by phone on the above date. The following is what we discussed regarding Craig Mason and the above case, in summary:

Phil has known Craig since roughly 2000. They met riding the Mini 50's and big race bikes, and became good friends over the years. He worked with Craig in his shop in 2004. Craig was kind of the inventor/innovator of the Mini 50 craze and by the time Phil worked for him, the business was doing well.

Phil went on to tell me how the Mini 50 market was expanding rapidly and how it grew out of a simple idea that Craig had. Craig was both an idea guy and an innovator. He was able to fabricate better and more parts for his motorcycles, and has become the go to guy for Mini 50's in the industry. He described Craig as a very hard working guy, with a big heart, who genuinely liked helping others and growing his business. Craig was the kind of person who you could always depend on to be there for you, but strangely Craig did not like to ask others for help.

In addition to Craig building a successful business, he had a very good career riding the big bikes and the Mini 50's and won many races and awards. Craig also rode in the road racing venue. He was a great, naturally talented off road and on road rider. He made many friends in both

industries and was popular with both riders and sponsors. Craig has continued to work hard and innovate the Mini 50's area and even today, after all he has been through, he is still considered the go to guy for the market. Craig has the talent to diagnose issues and come up with fixes for problems with the bikes in his head. Phil recalled that he and Craig hung out with riders after the races and events, but Craig was never involved with drugs or the people using them. He recalls that Craig was always anti-drug use.

Since his arrest, Craig has lost his sponsors and a lot of customers have turned to other manufactures. The business is cut throat and people spread a lot of rumors about Craig, after his arrest. He knows that Craig was emotionally and financially damaged by this case. Craig has also suffered in his personal relationships. People he trusted have turned their backs on him and things between Craig and LaRay have been very difficult since his arrest. He told me that financially, they had problems keeping their home and Craig was working long days just trying to keep his business going.

Phil closed by telling me that he was worried for his friend Craig. He said Craig has had a life of adventure, travel, freedom and success and that incarcerating him will be something Craig will not readily adjust to. Craig is extremely active and goes 24/7 and putting him in a cell will be a very cruel punishment. He said that in his opinion, Craig has already been living in confinement and has somehow managed to keep things going.

He feels that if somehow Craig could get sentenced to an amount of time under ankle monitoring or stricter supervision, he could at least keep what is left of his business going and continue to provide for his family financially, so they would not lose their home and everything they have worked so hard to achieve. Phil stated he is and will be there to help Craig any way he can. He will also be glad to work with Craig and his family any way he can to comply with any conditions the Judge may impose on Craig, if the Judge finds it in her heart to give him a second chance and an opportunity to rebuild his life. Craig built a once thriving business from just an idea, and if given a chance, Craig can do it again, and also rebuild his family relationships and work to restore his reputation.

End of report.

I have read this report and it is true and correct

*Phil Blurton*

Phil Blurton

# Butcher, Scoville & Associates

## Court Appointed Federal Defense Investigations

Licensed Private Investigations

455 Capitol Mall #802 Sacramento, Ca. 95814

Lic. PI13810

Butcherinv@aol.com

Phone (916) 837-6578　　　　　　　　　　Est. 1989
Fax #   (888)507-9113

Fred J Scoville, Owner

---

To:     Todd Leras

Re:     USA vs. Craig Mason

From:  Fred Scoville

Date:   05/21/2019

Phone interview with:

Jonathan S. Mason

I spoke with this witness by phone on the above date. The following is what we discussed regarding Craig Mason and the above case, in summary:

Jon is Craig's father and is 76 years old. He is retired from General Electric and AMP Inc. and feels he has a good relationship with Craig.

He described Craig's life growing up as typical. He did not recall any medical conditions or severe injuries that Craig suffered and said that all in all things were what we describe as a typical childhood.

When Craig was growing up he was tenacious and outgoing and exuberant. He made friends easily and was always on the go and doing something. Craig got into racing bicycles and then progressed to riding and racing motorcycles. He stated that Craig has never used or condoned the use of drugs, and that Craig got into motorcycles when he was young, and that probably saved him from doing other things that kids do.

He recalled that Craig came up with the idea of making mini motorcycles that adults could ride and race and started his business sometime in the early 1990's. Craig was able to turn an idea into a thriving business and was able to employ his brother, Jonathan in the business up to the

time of Craig's arrest. He is proud of all that Craig has accomplished in his life and the hard work and dedication that Craig put into building a business from nothing, and in the way he cared for and loved his family. He said Craig has a big heart and likes to help others. He feels Craig is a good person who got caught up in something he did not fully understand, and ended up where he is now.

Jon recalls that this whole situation has been hard on Craig and his family. They have suffered emotionally and financially and almost lost their home over this case. Craig is still trying to hang on to his business and is working as hard as he can to keep things going and to make amends for his mistake. Craig has learned a valuable lesson from this and Jon feels that Craig will never do anything wrong again after this experience.

He closed by telling me that he believes in Craig and that he can fix all of this, if he can just get the chance. Craig built a once thriving business from just an idea, and has the ability and dedication to make something better for himself and his family if he can just stay out of Prison. He said Craig is so hyperactive that he does not think he will do well if incarcerated. He said that in his opinion, Craig has suffered enough since his arrest and he should be allowed to remain home and work on rebuilding his life. The witness believes Craig can and will be able to do this, if the Judge will just look past the charges, and see who the real Craig is and all he has accomplished, and can accomplish in his life.

End of report.

I have reviewed this report and it is true and correct.

_Jonathan F. Mason_
Jon Mason