EXHIBIT B TO CRAIG MASON SENTENCING MEMORANDUM

MOTORCYCLE RACE PHOTOS

















