EXHIBIT C TO CRAIG MASON SENTENCING MEMORANDUM

FAST 50S SHOP PHOTOS













