**From:** Johnny Murphree
**Sent:** Friday, November 19, 2021 6:11 PM

**Subject:** Craig Mason

Hi there-

I wanted to write a quick letter of character reference for my friend Craig Mason. I met Craig in October of 2000 or 2001 at a motorcycle banquet for AMA Pro Racing, for which we both competed in various types of competition. We instantly connected, and remained in touch through his growth and success of "Fast 50s" (his motorcycle parts manufacturing business) as well as through my racing career and into my business life, to becoming a family man. Craig Mason has always been a good person, a supporter and fierce competitor in the motorcycle racing and riding community, and a really hard worker. As things got tough in the motorcycle business during the mortgage crisis of 2008-12, Craig remained in business with the motorcycle parts, provided for his family, and even kept an employee or two working while he was out doing tractor work for folks in his community with the tractors he owned from building the motorcycle tracks during the prime time of that business. Craig has never come remotely close, in my opinion, to being a threat to anyone in society, and incarcerating him would serve no purpose.

If you have any further questions or would like to know more of what I know of this man, please feel free to call me at any time!

All the best,



Johnny Murphree
Gem County Motorsports