```
LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
CRAIG MASON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CRAIG MASON,<br><br>        Defendant. | Case No.: 2:16-cr-002 KJM<br><br>NOTICE OF REQUEST TO FILE UNDER SEAL FINANCIAL DISCLSORE AND SUPPORTING DOCUMENTS<br><br>Date:  January 10, 2022<br>Time:  9:00 a.m.<br>Court:  Hon. Kimberly J. Mueller |

      Defendant, CRAIG MASON, by and through his counsel Attorney Todd D. Leras, provides notice that he is requesting to file under seal a Net Worth Statement and Financial Disclosure Statement, and attached supporting documents.  The Notice of Request to Seal, the Request to file Under Seal, and the Financial Documents were submitted to the Court

NOTICE OF REQUEST TO FILE
DOCUMENTS UNDER SEAL

electronically. The Defense respectfully requests that these documents remain under seal until further order of the Court.

Dated: January 5, 2022              /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Attorney for CRAIG MASON

NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL