LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
CRAIG MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG MASON,<br><br>Defendant. | Case No.: 2:16-cr-002 KJM<br><br>ORDER<br><br>Date:  January 10, 2022<br>Time:  9:00 a.m.<br>Court:  Hon. Kimberly J. Mueller |

Pursuant to Local Rule 14(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the Financial Disclosure Form and Supporting Documents submitted by Defendant Craig Mason shall be sealed until further order of this Court.

DATED:  January 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

REQUEST TO SEAL DOCUMENT
AND PROPOSED ORDER TO SEAL