TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
CRAIG MASON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-00002 KJM |
| Plaintiff, | |
| v. | **ORDER EXTENDING MARCH 4, 2022 SURRENDER DATE** |
| Craig Mason, | |
| Defendant. | |

Based on the Request for Extension of Voluntary Surrender Date filed with this Court on March 3, 2022, the voluntary surrender date for Craig Mason is extended until March 17, 2022.

IT IS SO ORDERED this 3rd day of March, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1