PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
CAMERON L. DESMOND
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CRAIG MASON,<br><br>       Defendant. | 2:16-CR-00002-KJM<br><br>FINAL ORDER OF FORFEITURE |

On May 17, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Craig Mason forfeiting to the United States the following property:

    a.    Winchester 59 Shotgun Cal: 12 SN: 5718 (14-ATF-000829),
    b.    Beretta USA Corp. 21A Pistol Cal: 22 SN: BAS13749U (14-ATF-001073),
    c.    Colt unknown Pistol Cal: unknown SN: 263212 (14-ATF-001074),
    d.    Colt unknown Pistol Cal: unknown SN: 316700 (14-ATF-001075),
    e.    Unknown Rifle Receiver/Frame Cal: unknown SN: 1990CS4088 (14-ATF-001077),
    f.    Unknown Manufacturer unknown Rifle Cal: unknown 1986S (14-ATF-001078),
    g.    Unknown Rifle Cal: unknown SN: 1986S-BS3696 (14-ATF-001079),
    h.    Unknown Pistol Cal: unknown SN: 126 (14-ATF-001080),
    i.    1,100 rounds of assorted ammunition Cal: unknown (14-ATF-001081),
    j.    Double Star Corp. Star 15 Rifle Cal: 223 SN: DSCG2958 (14-ATF-001083),
    k.    Ruger 10/22 Rifle Cal: 22 SN: 35295083 (14-ATF-001084),
    l.    Remington Arms Company, Inc. 700 Rifle Cal: 30-06 SN: A6719216 (14-ATF-001085),
    m.    Keltec, CNC Industries, Inc. SU-16 Rifle Cal: 223 SN: N4P86 (14-ATF-001086),
    n.    Ruger 10/22 Rifle Cal: 22 SN: 126-09600 (14-ATF-001087),
    o.    Ruger Mini 14 Rifle Cal: 223 SN: 186-38947 (14-ATF-001088),

|   |      |                                                                                  |
|---|------|----------------------------------------------------------------------------------|
| p.   | Unknown Rifle Cal: unknown SN: BYF 9404 (14-ATF-001089),                       |
| q.   | 4,617 rounds of assorted ammunition, Cal: unknown (14-ATF-001090),             |
| r.   | 8,016 rounds of unknown ammunition Cal: unknown (14-ATF-001091),               |
| s.   | 1,767 rounds of assorted ammunition Cal: unknown (14-ATF-001092),              |
| t.   | 1,033 rounds of assorted ammunition Cal: unknown (14-ATF-001093),              |
| u.   | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001101),                        |
| v.   | Unknown Pistol Cal: unknown SN: unknown (14-ATF-001102),                       |
| w.   | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001103),                        |
| x.   | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001104),                        |
| y.   | Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-001105),               |
| z.   | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001106),                        |
| aa.  | Unknown Rifle Cal: unknown SN: unknown (14-ATF-001107),                        |
| bb.  | Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-001108),               |
| cc.  | Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-001109),               |
| dd.  | Unknown Receiver/Frame Cal: unknown SN: unknown (14-ATF-001110),               |
| ee.  | Springfield Armory, Geneseo, IL. Micro Compact Pistol Cal: 4 (14-ATF-001938),  |
| ff.  | 500 Rounds of ammunition Cal: .308,                                            |
| gg.  | 38 Magpul 30 round magazines,                                                  |
| hh.  | 18 various firearm magazines,                                                  |
| ii.  | 28 AR15 style unfinished receiver blanks,                                      |
| jj.  | 11 AR308 style unfinished receiver blanks,                                     |
| kk.  | Box of Glock parts with slide, barrel and other components,                    |
| ll.  | 1 lower receiver,                                                              |
| mm.  | 1 "Cast" lower,                                                                |
| nn.  | 1 damaged unfinished .223 receiver blank,                                      |
| oo.  | 4 complete lower receivers with stocks and LPKS,                               |
| pp.  | 10,000-12,000 rounds of ammunition Cal: .22 LR,                                |
| qq.  | 2,000 rounds of ammunition Cal: .40,                                           |
| rr.  | 15,000 rounds of ammunition Cal: 5.56/.223,                                    |
| ss.  | 3,000 rounds of ammunition Cal: 7.62x39,                                       |
| tt.  | 2,000 rounds of ammunition Cal: 5.45x39,                                       |
| uu.  | 1,000 rounds of ammunition Cal: .308,                                          |
| vv.  | 500 rounds of ammunition Cal: 8mm Mauser,                                      |
| ww.  | 100 rounds of ammunition Cal: .303 British,                                    |
| xx.  | 1,500 rounds of ammunition Cal: 30-06,                                         |
| yy.  | 500 rounds of ammunition Cal: 9mm,                                             |
| zz.  | 20 rounds of ammunition Cal: .45ACP,                                           |
| aaa. | 50 rounds of ammunition Cal: .25,                                              |
| bbb. | 100 rounds of ammunition Cal: .357 Magnum, and                                 |
| ccc. | Smith & Wesson unknown Pistol Cal: 38 SN: AWC3587 (14-ATF-001940).             |

Beginning on May 28, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Craig Mason.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 17th day of March, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE